MORETZ v. MILLER

[336 N.C. 774 (1994)]

D. GRADY MORETZ, JR., Successor )
Trustee for the COURTNEY ANN )
MORETZ and WHITNEY RHYNE )
MORETZ TRUST )                    ORDER
   v. )
PAUL E. MILLER, JR., Trustee, )
and SOUTHERN NATIONAL BANK )
OF NORTH CAROLINA )

No. 253P94

(Filed 28 July 1994)

Plaintiff's petition for discretionary review pursuant to N.C.G.S. § 7A-31 is allowed for the purpose of entering the following order:

The Court of Appeals' decision, filed 19 April 1994, dismissing plaintiff's appeal is reversed, and the case is remanded to the Court of Appeals for consideration of the merits of plaintiff's appeal.

By order of the Court in Conference, this 28 day of July, 1994.

<u>s/ PARKER, J.</u>
For the Court